FILED
DEC - 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Received From SEATTLE
NOV 26 2007

'07 CR 3255 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) |
| v. | ) CRIMINAL NO. 06-CR-05136 |
| GEORGE LEE, Defendant. | ) |

FILED ENTERED
LODGED RECEIVED
NOV 20 2007 LK
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)

I, GEORGE LEE, Defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of California, in which I am present, and to waive trial in the above captioned District.

Date: ________ at ________.

________________________
GEORGE LEE
Defendant

________________________
DOUGLAS BROWN
Counsel for Defendant

________________________
Witness

Approved

________________________
KAREN P. HEWITT
United States Attorney
Southern District of California

Date: 11/1/07

________________________
JEFFREY C. SULLIVAN
United States Attorney
Western District of Washington

Date: 11-19-07

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

1717 Pacific Ave., Rm. 3100
Tacoma, WA 98402

November 27, 2007

Clerk, U. S. District Court
Southern District of California
940 Front St
San Diego CA 92101-8900

RE: **U.S. v. George Lee**
**OUR CASE NUMBER: CR06-5136RBL**

Dear Clerk:

Enclosed are certified copies of the following documents together with the original Consent to Transfer being sent to you pursuant to Rule 20 of the Federal Rules of Criminal Procedure:

✔ Docket Sheet

✔ Charging Documents

Please acknowledge receipt of the above documents by returning the enclosed copy of this letter in the envelope provided.

Sincerely,

BRUCE RIFKIN, CLERK

By: Caroline M. Gonzalez
Caroline M. Gonzalez, Deputy Clerk

Enclosures

cc: AUSA, USPTS/USPO

LAW_CLERK_C

# U.S. District Court
# United States District Court for the Western District of Washington (Tacoma)
# CRIMINAL DOCKET FOR CASE #: 3:06-cr-05136-RBL-4
# Internal Use Only

Case title: USA v. Truong et al

Date Filed: 02/28/2006
Date Terminated: 11/20/2007

---

Assigned to: Hon. Ronald B. Leighton

**Defendant**

**George Lee** (4)
*TERMINATED: 11/20/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| Conspiracy 18:371<br>(1) | Rule 20 transfer out |
| Theft of Funds From Gaming Establishment on Indian Lands 18:1167(b)& 2<br>(2-4) | Rule 20 transfer out |
| Theft of Funds from Gaming Establishment on Indian Lands 18:1167(b) & 2<br>(6-10) | Rule 20 transfer out |
| Theft of Funds from Gaming Establishment on Indian Lands 18:1167(b) & 2<br>(12) | Rule 20 transfer out |

**Highest Offense Level (Terminated)**

Felony

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By [signature] Deputy Clerk

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **J Tate London**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Fax: FAX 553-2502
Email: Tate.London@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2006 | 1 | INDICTMENT as to Phuong Quoc Truong (1) count(s) 1, 2-4, 5, 6-12, Van Tran (2) count(s) 1, 2-4, 6-8, 12, Martin L. Aronson (3) count(s) 1, 2-4, 6-12, George Lee (4) count(s) 1, 2-4, 6-10, 12, Son Hong Johnson (5) count(s) 1, 2-4, 6-10, 12, Ha Giang (6) count(s) 1, 12, Thongsok Sovan (7) count(s) 1, 2-4, 6-12, Pheap Norng (8) count(s) 1, 2-4, 6-12. (Attachments: # 1 Status Sheet) (JK, ) (Entered: 03/01/2006) |
| 02/28/2006 | 2 | **SEALED Signature Page** to 1 Indictment, as to Phuong Quoc Truong, Van Tran, Martin L. Aronson, George Lee, Son Hong Johnson, Ha Giang, Thongsok Sovan, Pheap Norng. (JK, ) (Entered: 03/01/2006) |
| 02/28/2006 | 6 | ORDER ISSUING BENCH WARRANT as to George Lee by Judge James P. Donohue. (Attachments: # 1 Warrant) (JK, ) (Entered: 03/01/2006) |
| 05/24/2007 | | Case unsealed as to Phuong Quoc Truong, Van Tran, Martin L. Aronson, George Lee, Son Hong Johnson, Ha Giang, Thongsok Sovan, Pheap Norng Case unsealed per AUSA T. London arrests had been made. (JK, ) (Entered: 05/24/2007) |
| 11/20/2007 | 52 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of California Counts closed as to George Lee (4) Count 1,2-4,6-10,12. (cc: PTS, Fin.) (CMG, ) (Entered: 11/27/2007) |

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

FEBRUARY 28 2006
BRUCE RIFKIN, Clerk
By [signature] Deputy

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, HA GIANG, THONGSOK SOVAN, and PHEAP NORNG,<br>Defendants. | CR06 5136 RBL<br>INDICTMENT<br>06-CR-05136-INDI |

The Grand Jury charges that:

COUNT 1
(Conspiracy)

1. Beginning in or about April 2003, and continuing up to and including approximately October 24, 2003, in the Western District of Washington and elsewhere, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, HA GIANG, THONGSOK SOVAN and PHEAP NORNG did knowingly and willfully conspire, combine, confederate and agree with each other and other persons known and unknown to the Grand Jury, to steal moneys from a gaming establishment operated by



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

and for an Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, in violation of Title 18, United States Code, Section 1167(b).

**I. Background**

At all times relevant to this Indictment:

2. The Emerald Queen Casino (the "EQC" or the "Casino") was a gaming establishment operated by and for the Puyallup Tribe, a federally-recognized Indian Tribe, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission. The EQC's principal place of business in 2003 was a river boat and adjacent facility located on Puyallup tribal lands near the Port of Tacoma. The Puyallup Tribe has since relocated the EQC's principal place of business to two facilities just off Interstate 5, one in Fife, Washington, and the other in Tacoma, Washington, within the Western District of Washington.

3. In 1988, Congress passed the Indian Gaming Regulatory Act (the "Act"), which established a regulatory framework for tribal gaming operations including those conducted by the Puyallup Tribe at the EQC. One of Congress' stated public policy purposes in passing the Act was to provide a statutory basis for the operation of gaming by Indian tribes as a means of promoting tribal economic development, self-sufficiency, and strong tribal governments. The Act restricts the use of net revenues from tribal gaming to the following:

a. funding tribal government operations or programs;

b. providing for the general welfare of the Indian tribe and its members;

c. promoting tribal economic development;

d. funding charitable organizations through donations; and

e. funding operations of local government agencies.

4. The EQC conducts what is known under the Act as Class III gaming, which is generally known as casino-style gaming. Gaming at the EQC includes tribal



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

lottery system machines ("TLS"), which have the same appearance as slot machines, as well as various table games, including card games such as blackjack and midi-baccarat, which was also known at the EQC as mini-baccarat.

5. At the EQC, mini-baccarat is played with eight full decks of cards, which are shuffled by a dealer and placed in a dealing shoe. Cards are dealt from the shoe by a single dealer, and up to nine players can be seated at the table. Play begins when two hands are dealt from the shoe– one called the "player's hand" and the other called the "banker's hand". Only two hands are dealt regardless of the number of players at the table. Each hand initially consists of two cards. The rules of the game determine whether a third card is dealt to either hand. Neither the players nor the dealer has any discretion in determining whether to hold or to deal a third card to a hand.

6. The first four cards are dealt from the shoe as follows: The first and third cards are dealt to the player's hand, while the second and fourth cards are dealt to the banker's hand. Mini-baccarat game rules dictate whether a fifth or sixth card is necessary, and the cards are dealt to the player's hand and/or banker's hand, respectively. All cards count as face value except tens and face cards, which have a value of 0. For example, an ace equals 1 and a five card equals 5. If the total or "point count" of the cards in a hand is a two-digit number, the left digit is disregarded and the right digit constitutes the point count (for example, the point count for a hand consisting of the following two cards, an 8 and a 6, would be 4 after dropping the left digit from the sum total of 14).

7. Players bet prior to a hand being dealt and have three betting options: Betting on the player's hand, betting on the banker's hand, or betting that the point count of the two hands will result in a tie. All winning bets on the player's hand or banker's hand are paid at odds of 1 to 1, while the odds on a tie bet are paid at odds of 9 for 1. The winning hand is the one under the rules of the game that comes closer to the total point count of 9. The Casino provides mini-baccarat scorecards for players to use. A



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

typical and legitimate player use of a scorecard is to record "runs," i.e., a series of player's or banker's winning hands, for the player's use in making a betting decision.

8. All of the cards dealt in a hand of mini-baccarat are placed into the discard rack in a specific order. The dealer slides the cards from dealer's right hand to her left, face up with the first card on the right on the bottom and the last card on the left on the top. The dealer then turns the cards face down and places them into the discard rack. The same procedure is followed for each hand until all the cards are dealt from the shoe. Consequently, knowing the order of the cards going into the discard rack allows a player who is tracking cards to know the order that the tracked cards will come out of the shoe if those cards are not shuffled.

9. Defendant PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, was a frequent patron at the EQC beginning in or about April 2003 through October 22, 2003, when the EQC barred him from the Casino. During this period, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played the game of mini-baccarat, winning not less than approximately $500,000.

10. Defendant VAN TRAN was a patron at the EQC in or about April and May 2003. During this period, VAN TRAN played the game of mini-baccarat.

11. Defendant MARTIN L. ARONSON, a/k/a MARTIN SMITH, was a frequent patron at the EQC beginning in or about April 2003 and ended in or about October 2003. During this period, MARTIN ARONSON played the game of mini-baccarat.

12. Defendant GEORGE LEE was a patron at the EQC during the period beginning in or about April 2003 and ending in or about October 2003. During this period, GEORGE LEE played the game of mini-baccarat.

13. Defendant SON HONG JOHNSON was a frequent player at the EQC beginning in or about April 2003 through October 2003. During this period, SON HONG JOHNSON played the game of mini-baccarat.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

14. Defendant HA GIANG was a patron at the EQC in or about October 2003. During this period, HA GIANG played the game of mini-baccarat.

15. Defendant THONGSOK SOVAN was an EQC employee from on or about September 6, 1999, to October 30, 2003. THONGSOK SOVAN worked as a table games dealer, and her duties included dealing card games such as mini-baccarat.

16. Defendant PHEAP NORNG was an EQC employee from on or about October 30, 2000, to October 30, 2003. PHEAP NORNG worked as a table games dealer, and her duties included dealing card games such as mini-baccarat.

## II. The Purpose of the Conspiracy

17. The purpose of the conspiracy was to cheat the EQC at the game of mini-baccarat, and thereby take and carry away money from the Casino with intent to steal the money. During the course of the conspiracy, defendants PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, HA GIANG, THONGSOK SOVAN and PHEAP NORNG, and their co-conspirators, stole in excess of $1,000,000 from the EQC.

## III. Manner and Means of the Conspiracy

Defendants PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, HA GIANG, THONGSOK SOVAN and PHEAP NORNG, and their co-conspirators, used the following means, among others, to effect the purpose of the conspiracy:

18. PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON and HA GIANG developed and/or participated in a "false wash and shuffle" cheating scheme, which they employed to cheat the EQC at the game of mini-baccarat. The false wash and shuffle was carried out as follows: PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, and VAN TRAN would travel from outside the Western District



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

of Washington to Tacoma, Washington where they would recruit and pay mini-baccarat dealers at the EQC, including but not limited to defendants THONGSOK SOVAN and PHEAP NORNG, to participate in the cheating scheme, which would thereby enable them to steal money from the Casino. PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, and VAN TRAN would show the recruited dealers how to manipulate the mixing and shuffling of cards used in the game of mini-baccarat so that it would appear that the dealer is fully and completely mixing and shuffling the cards, when, in fact, the dealer would intentionally avoid mixing or shuffling a series of cards, the order of which would be previously recorded by a co-conspirator player. The false wash and shuffle cheating scheme is described more fully in the following paragraphs.

19. It was further part of the conspiracy that, on multiple occasions beginning in or about April 2003 and continuing through October 2003, MARTIN L. ARONSON, a/k/a MARTIN SMITH (the "recording player") would go to the EQC and play mini-baccarat or observe mini-baccarat being played. MARTIN L. ARONSON, a/k/a MARTIN SMITH would record the point count and order of a series of the cards dealt from the shoe and placed on the gaming table. The recording player recorded the point count and order of the cards on a scorecard provided by the Casino.

20. It was further part of the conspiracy that, after all the cards in a shoe were dealt, and the shoe containing the recorded cards was placed back on the gaming table, THONGSOK SOVAN, PHEAP NORNG or another conspirator known to the grand jury (individually, the "conspirator dealer") would perform a false wash and shuffle of the recorded cards. The washing of cards involves the dealer taking all eight decks of cards, spreading them face down on the gaming table and then mixing all of the cards by moving her hands in a circular motion. A false wash involves a conspirator dealer taking previously recorded cards (the "slug"), spreading them directly in front of herself and the chip tray and moving or "washing" cards over the "slug," without moving or mixing the cards that comprise the "slug" with the other cards. A false shuffle involves



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

a conspirator dealer intentionally avoiding interlacing or shuffling the cards that comprise the "slug," the cards the conspirator recording player had previously recorded.

21. It was further part of the conspiracy that once the conspirator dealer completed the false wash and shuffle, a conspirator player would look for "indicator cards" at the start of the slug. Once the conspirator player recognized the slug, he or she could determine the subsequent order of cards to be dealt and played from the shoe. The conspirator player then would use mini-baccarat rules to calculate the winner of subsequent hands played using recorded cards. The conspirator player would somehow signal appropriate play to other conspirator players at the table. Typically, a conspirator player or players would win multiple hands during the course of play involving the slug in any one shoe.

22. It was further part of the conspiracy that after THONGSOK SOVAN, PHEAP NORNG, or another conspirator dealer performed a false wash and shuffle, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON and/or HA GIANG would play mini-baccarat at the EQC when the falsely washed and shuffled cards came back into play, thereby ensuring that they would be able to steal money from the EQC by cheating.

23. It was further part of the conspiracy that, following a session of illegal play, the conspirator players, including but not limited to PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, SON HONG JOHNSON, HA GIANG, would take their chips from the table. Subsequently, whether later that same day or another day, they would go, or cause someone to go, to a cage at the EQC where they would exchange chips for currency, and they would use the stolen funds for their personal benefit.

## IV. Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to achieve the objects thereby, defendants PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON,



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

HA GIANG, THONGSOK SOVAN and PHEAP NORNG, and their co-conspirators, committed and caused to be committed, in the Western District of Washington, at least one of the following overt acts, among others:

24. In or about April 2003, a conspirator known to the grand jury approached a card dealer at EQC, an individual whose initials are "CN," and invited "CN" to her motel room in Fife. At the motel, the conspirator asked "CN" if she was interested in making money participating in a cheating scheme involving the game of mini-baccarat. The conspirator showed "CN" how to perform a false wash and shuffle of cards.

25. In or about April 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG and VAN TRAN later came to "CN"'s house where they showed her how to perform a false wash and shuffle of cards and told her that they would pay her $1,000 per day and that they expected her to complete two false wash and shuffles in a day.

26. On or about April 23, 2003, VAN TRAN played mini-baccarat at the EQC. VAN TRAN approached an EQC card dealer, an individual whose initials are "RJ," and asked "RJ" if she was interested in making extra money. VAN TRAN and "RJ" met later that same day, first at a Denny's Restaurant, and then at a local motel, where VAN TRAN explained to "RJ" that she could make extra money by performing a false wash and shuffle of cards at a mini-baccarat table.

27. On or about April 23, 2003, VAN TRAN agreed to pay "RJ" $3,000 if she would travel to San Diego, California, where she would show "RJ" how to cheat at the game of mini-baccarat through the use of a false wash and shuffle of cards.

28. On or about April 25, 2003, VAN TRAN purchased a round trip plane ticket for "RJ" for travel to San Diego, California on April 28 and returning to Sea-Tac Aiport, SeaTac, Washington on April 29, 2003.

29. On or about April 28, 2003, "RJ" traveled to San Diego, California where she was picked up at the airport by PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, and VAN TRAN and taken to their home. While in the home, VAN TRAN demonstrated for "RJ," in the presence of PHUONG QUOC TRUONG, a/k/a JOHN



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

TRUONG, and GEORGE LEE, the false wash and shuffle that they wanted "RJ" to perform on a mini-baccarat table at the EQC.

30. On or about April 28, 2003, VAN TRAN gave "RJ" $3,000 in cash.

31. On or about May 1, 2003, VAN TRAN flew from San Diego, California to SeaTac, Washington. VAN TRAN contacted "RJ" and asked her if she was ready to perform the false wash and shuffle of cards on a mini-baccarat table at the EQC.

32. Beginning on or about May 1 through May 12, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, and VAN TRAN repeatedly contacted "RJ" and requested that she perform the false wash and shuffle of cards on a mini-baccarat table at the EQC.

33. On or about May 7, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC.

34. On or about May 7, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.

35. On approximately 150 separate occasions between on or about May 29, 2003 and on or about October 25, 2003, a cell phone registered to THONGSOK SOVAN ("THONGSOK SOVAN's cell phone") was used to place calls to cell phones registered to MARTIN L. ARONSON, a/k/a MARTIN SMITH ("MARTIN ARONSON's cell phone") and PHUONG QUOC TRUONG, a/k/a JOHN TRUONG ("PHUONG TRUONG's cell phone"), respectively, and to a residential phone line registered to PHUONG QUOC TRUONG, a/k/a JOHN TRUONG ("PHUONG TRUONG's home phone").

36. On approximately 75 separate occasions between on or about May 29, 2003 and on or about October 31, 2003, MARTIN ARONSON's cell phone was used to place calls to THONGSOK SOVAN's cell phone and to a cell phone registered to PHEAP NORNG ("PHEAP NORNG's cell phone").



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

37. On several occasions beginning in or about June 2003, and continuing through in or about August 2003, "CN" performed a false wash and shuffle of cards on a mini-baccarat table at the EQC.

38. On several occasions beginning in or about June 2003, and continuing through in or about August 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, paid "CN" in cash for performing the false wash and shuffle of cards at a mini-baccarat table at the EQC.

39. One of the co-conspirators known to the grand jury prepared, or caused to be prepared, a written record of the mini-baccarat cheating team's activities at the EQC on primarily a weekly basis for the period beginning on or about June 5, 2003 and ending on or about August 15, 2003. For each period, the co-conspirator kept separate pages, one with "income" and the other with "expense" written across the top. The co-conspirator typically noted the total weekly income, daily income by each conspirator player, and daily "payout" to individual dealers who worked (each dealer is referenced by her first name or first initial) or otherwise participated in the cheating scheme on a particular date. A partial summary of this record follows:

| Dates | Players | Income | Dealers | Dealer Payout |
|---|---|---|---|---|
| 6/5/2003 to 6/12/2003 | various co-conspirators known to the grand jury, including PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, MARTIN L. ARONSON, a/k/a MARTIN SMITH, and SON HONG JOHNSON | $31,800 | THONGSOK SOVAN<br><br>"CN" | $1,000 x 6 days = $6,000<br><br>$1,000 |
| 6/13/2003 to 6/20/2003 | various co-conspirators known to the grand jury, including MARTIN L. ARONSON, a/k/a MARTIN SMITH, and SON HONG JOHNSON | $18,900 | THONGSOK SOVAN<br><br>"CN" | $1,000 x 4 days = $4,000<br><br>$1,000 x 3 days = $3,000 |



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 6/21/2003 to 6/26/2003 | various co-conspirators known and unknown to the grand jury, including MARTIN L. ARONSON, a/k/a MARTIN SMITH | $37,150 | THONGSOK SOVAN<br><br>"CN" | $1,000 x 3 days = $3,000<br><br>$1,000 |
| 6/27/2003 to 7/2/2003 | various co-conspirators known and unknown to the grand jury, including MARTIN L. ARONSON, a/k/a MARTIN SMITH, and SON HONG JOHNSON | $17,950 | THONGSOK SOVAN | $1,000 x 2 days = $2,000 |
| 7/11/2003 to 7/17/2003 | various co-conspirators known to the grand jury, including MARTIN L. ARONSON, a/k/a MARTIN SMITH | $45,600 | THONGSOK SOVAN<br><br>"CN" | $1,500 x 2 days = $3,000<br><br>$1,000 + $2,000 = $3,000 |
| 8/4/2003 to 8/8/2003 | various co-conspirators known and unknown to the grand jury, including MARTIN L. ARONSON, a/k/a MARTIN SMITH, and SON HONG JOHNSON | $35,450 | THONGSOK SOVAN<br><br>PHEAP NORNG<br><br>"CN" | $1,000 x 4 days = $4,000<br><br>$1,000 x 4 days = $4,000<br><br>$1,000 x 2 days = $2,000 |

40. In or about July 2003, one of the co-conspirators known to the grand jury approached EQC dealer "CN" and asked her to rent a house, which was later used by co-conspirators as a base of operations. On or about July 14, 2003, "CN" rented a house located at 3815 S. Cushman Avenue, Tacoma, Washington (the "Cushman house").

41. One of the co-conspirators known to the grand jury prepared, or caused to be prepared, a written record of the mini-baccarat cheating team's activities at EQC, including an expense entry for July 14, 2003 that read *"7/14 House Rent & deposit 2400."*

42. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record of the mini-baccarat cheating team's activities at EQC during a one-week period beginning on August 4, 2003, and ending on August 11, 2003. MARTIN L. ARONSON, a/k/a MARTIN SMITH, wrote the name "Martin" and the notations "My Records" and "My Income" across the top of several of these pages. MARTIN L.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

ARONSON, a/k/a MARTIN SMITH, noted the individual dealers who worked or otherwise participated in the cheating scheme on a particular date, the number of shoes involved, and the "income" generated by co-conspirator players on these dates, which is summarized as follows:

| Date | Dealer | No. of Shoes | Players | Total Income |
|---|---|---|---|---|
| 8/4/2003 | THONGSOK SOVAN<br><br>PHEAP NORNG | 2<br><br>*"not used"* | co-conspirators known to the grand jury, including MARTIN L. ARONSON, a/k/a MARTIN SMITH | $9,000 |
| 8/5/2003 | THONGSOK SOVAN<br><br>PHEAP NORNG | 2<br><br>1 | co-conspirators known to the grand jury, including MARTIN L. ARONSON, a/k/a MARTIN SMITH | $11,700 |
| 8/6/2003 | THONGSOK SOVAN<br><br>PHEAP NORNG | 2<br><br>1 | co-conspirators known to the grand jury, including MARTIN L. ARONSON, a/k/a MARTIN SMITH and SON JOHNSON | $11,450 |
| 8/7/2003 | THONGSOK SOVAN<br><br>"CN"<br><br>PHEAP NORNG | 1<br><br>1<br><br>1 | co-conspirators known to the grand jury, including MARTIN L. ARONSON, a/k/a MARTIN SMITH and SON JOHNSON | $11,600 |
| 8/8/2003 | PHEAP NORNG | 2 | co-conspirators known to the grand jury | $5,500 |
| 8/10/2003 | "CN" | 0 | MARTIN L. ARONSON, a/k/a MARTIN SMITH | -$300 (*"no bets placed due to bad shuffle"*) |
| 8/11/2003 | THONGSOK SOVAN | 2 | co-conspirators known to the grand jury, including MARTIN L. ARONSON, a/k/a MARTIN SMITH and SON JOHNSON | $6,200 |



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

43. On approximately 60 separate occasions between on or about August 5, 2003 and on or about October 25, 2003, PHEAP NORNG's cell phone was used to place calls to MARTIN ARONSON's cell phone and to PHUONG TRUONG's cell phone.

**Theft of Funds on August 18 and 20, 2003**

44. For the period beginning on or about August 16, 2003 and ending on or about August 21, 2003, numerous calls were made from MARTIN ARONSON's cell phone to a cell phone registered to "CN" ("CN's cell phone") and to PHEAP NORNG's cell phone. In or about this same period, several calls were made from PHEAP NORNG's cell phone to MARTIN ARONSON's cell phone.

45. On or about August 18, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, GEORGE LEE and MARTIN L. ARONSON, a/k/a MARTIN SMITH, and other co-conspirators known to the grand jury, traveled from outside the state of Washington to Tacoma, Washington.

46. On or about August 18, 19 and 20, 2003, THONGSOK SOVAN and PHEAP NORNG worked as table games dealers at the EQC.

47. On or about August 18, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC, winning at least approximately $22,500.

48. On or about August 18, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.

49. On or about August 19, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC.

50. On or about August 20, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC.

51. On or about August 20, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

52. On or about August 21, 2003, several calls were made from PHUONG TRUONG's cell phone to "CN's" cell phone. On or about that same date, a call was made from THONGSOK SOVAN's cell phone to PHUONG TRUONG's cell phone.

**Theft of Funds on September 2, 3 and 4, 2003**

53. On or about August 26, 2003, two calls were made from PHEAP NORNG's cell phone, one to MARTIN ARONSON's cell phone and one to PHUONG TRUONG's cell phone.

54. On or about August 30, 2003, several calls were made by and between PHEAP NORNG's cell phone and MARTIN ARONSON's cell phone.

55. On or about September 1, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, and SON HONG JOHNSON traveled from outside the state of Washington to Tacoma, Washington.

56. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record of text messages that he sent from his phone, including the following entries dated September 1, 2003: *"John came up here today. This week should be interesting[;]"* and *"Yea, but there is more pressure when he is here. Have to do my best. I don't like the added pressure."*

57. On or about September 1, 2, 3 and 4, 2003, PHEAP NORNG and THONGSOK SOVAN both worked as table games dealers at the EQC.

58. On or about September 1, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC.

59. One of the co-conspirators known to the grand jury prepared, or caused to be prepared, a written record of the mini-baccarat cheating team's activities at the EQC for September 1, 2003. The co-conspirator noted the income by co-conspirator player and expenses incurred, including the following: *"Son - 2020"* and *"T - 1000 (J)."* The written record also included a daily balance of the cheat team's bank roll or "*B.R.*," including deposit and withdrawal activity attributed to *"John."*



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

60. On or about September 2, 2003, two calls were made from PHEAP NORNG's cell phone, one to MARTIN ARONSON's cell phone and one to PHUONG TRUONG's cell phone. On or about that same day, one call was made from THONGSOK SOVAN's cell phone to PHUONG TRUONG's cell phone, and one call was made from MARTIN ARONSON's cell phone to "CN's" cell phone.

61. On or about September 2, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC, winning at least approximately $14,500.

62. On or about September 2, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valed at more than $10,000 in exchange for more than $10,000 in currency at the EQC cage.

63. One of the co-conspirators known to the grand jury prepared, or caused to be prepared, a written record of the mini-baccarat cheating team's activities at the EQC for September 2, 2003. The co-conspirator noted the income by various co-conspirator players, both known and unknown to the grand jury, and expenses incurred, including the following: *"Son - 3800," "Martin - -* [minus] *$500"* and *"T - 1000 (J)."*

64. MARTIN L. ARONSON, a/k/a MARTIN SMITH prepared a written record of text messages that he sent from his phone, including the following entries dated September 3, 2003: (1) *"Sorry I had to go so quick. Had to talk to the crew. I will call again on my way to work;"* and (2) *"I had to talk to people about work. I am sorry if it seemed rude, I didn't have a choice."*

65. On or about September 3, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC, winning at least approximately $42,500.

66. On or about September 3, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at the EQC cage.

67. One of the co-conspirators known to the grand jury prepared, or caused to be prepared, a written record of the mini-baccarat cheating team's activities at the EQC



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

for September 3, 2003. The co-conspirator noted the income by various co-conspirator players, both known and unknown to the grand jury, including the following: *"Martin - 1500."*

68. On or about September 4, 2003, MARTIN L. ARONSON, a/k/a MARTIN SMITH, played mini-baccarat at the EQC and tracked the point count and order in which cards dealt from shoes were placed on the gaming table.

69. On or about September 4, 2003, PHEAP NORNG performed a false wash and shuffle of cards while working as a mini-baccarat dealer at the EQC.

70. On or about September 4, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC, winning approximately $65,500.

71. On or about September 5, 2003, several calls were made by and between PHEAP NORNG's cell phone and MARTIN ARONSON's cell phone. On or about that same day, a call was made from MARTIN ARONSON's cell phone to THONGSOK SOVAN's cell phone.

72. On or about September 5, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, transported $15,000 cash obtained in the cheating scheme at the EQC from Tacoma, Washington to San Diego, California.

**Theft of Funds on September 16 and 17, 2003**

73. On or about September 13, 2003, several calls were made by and between MARTIN ARONSON's cell phone and THONGSOK SOVAN's cell phone. Several calls were also made from MARTIN ARONSON's cell phone to "CN's" cell phone.

74. On or about September 15, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, SON HONG JOHNSON and other co-conspirators known to the grand jury traveled from outside the state of Washington to Tacoma, Washington.

75. On or about September 15, 2003, a call was made from PHEAP NORNG's cell phone to PHUONG TRUONG's cell phone.

76. On or about September 15, 16, 17 and 18, 2003, THONGSOK SOVAN and PHEAP NORNG worked as table games dealers at the EQC.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

77. On or about September 15, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC.

78. One of the co-conspirators known to the grand jury prepared, or caused to be prepared, a written record of the mini-baccarat cheating team's activities at the EQC for September 15, 2003. The co-conspirator noted the income by various co-conspirator players, both known and unknown to the grand jury, and expenses incurred, including the following: *"Son - 6400"* and *"T 1K."*

79. On or about September 16, 2003, several calls were made from THONGSOK SOVAN's cell phone to MARTIN ARONSON's cell phone.

80. On September 16, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC, winning at least approximately $22,900.

81. On or about September 16, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at the EQC cage.

82. On or about September 17, 2003, MARTIN L. ARONSON, a/k/a MARTIN SMITH, played mini-baccarat at the EQC and tracked the point count and order in which cards dealt from the shoe were placed on the gaming table.

83. On or about September 17, 2003, THONGSOK SOVAN performed a false wash and shuffle of cards at one of the EQC's mini-baccarat tables.

84. On or about September 17, 2003, PHEAP NORNG performed a false wash and shuffle of cards at one of the EQC's mini-baccarat tables.

85. On September 17, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC, winning approximately $72,000.

86. On or about September 17, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

87. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record of "*My Income*" by date. For September 17, 2003, he wrote that he "*Receive[d] $3,000*" and that his "*Expected Hold*" was $1,000.

88. On or about September 18, 2003, a call was made from PHEAP NORNG's cell phone to PHUONG TRUONG's cell phone.

**Theft of Funds on September 22, 23, 24 and 25, 2003**

89. On or about September 21, 2003, two calls were made to PHUONG TRUONG's cell phone, one from PHEAP NORNG's cell phone and the other from THONGSOK SOVAN's cell phone.

90. On or about September 22, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, SON HONG JOHNSON, and another co-conspirator known to the grand jury, traveled together from outside the state of Washington to Tacoma, Washington. On or about that same date, GEORGE LEE and MARTIN L. ARONSON, a/k/a MARTIN SMITH, traveled from outside the state of Washington to Tacoma, Washington.

91. On or about September 22, 2003, two calls were made from MARTIN ARONSON's cell phone to a cell phone registered to "CN" and another call was made from PHEAP NORNG's cell phone to MARTIN ARONSON's cell phone.

92. On or about September 22, 23 and 24, 2003, THONGSOK SOVAN and PHEAP NORNG worked as table games dealers at the EQC.

93. On September 22, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC.

94. On or about September 22, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.

95. On or about September 23, 2003, several calls were made to MARTIN ARONSON's cell phone from THONGSOK SOVAN's cell phone and PHEAP



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

NORNG's cell phone, and one call was made from MARTIN ARONSON's cell phone to THONGSOK SOVAN's cell phone.

96. MARTIN L. ARONSON, a/k/a MARTIN SMITH prepared a written record of text messages that he sent from his phone, including the following entries dated September 24, 2003: (1) *"I am not busy yet, but I will be soon. For about 15 min.;"* and (2) *"Everyone leaves tomorrow night. I have the weekend off again."*

97. On September 24, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC.

98. On or about September 24, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.

99. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record of text messages that he sent from his phone, including the following entry dated September 25, 2003: *"Join[sic] is taking us out to hang out and have fun. So I can't talk. I will call when I can."*

100. On or about September 25, 2003, several calls were made to MARTIN ARONSON's cell phone from THONGSOK SOVAN's cell phone and PHEAP NORNG's cell phone, and one call was made from THONGSOK SOVAN's cell phone to PHUONG TRUONG's cell phone.

101. On or about September 25, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC.

102. On or about September 25, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at the EQC cage.

103. On or about September 26, 2003, a call was made from THONGSOK SOVAN's cell phone to PHUONG TRUONG's cell phone.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

104. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record of text messages that he sent from his phone, including the following entry dated September 26, 2003: *"Pretty, much. George leaves tonight."*

**Theft of Funds on October 2 and 3, 2003**

105. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record dated October 1, 2003 of the following text messages that he sent from his cell phone: (1) *"I am on my way to the casino now[;]"* and (2) *"Let me gamble for a little bit. Is that ok?"*

106. On or about October 2, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, and SON HONG JOHNSON traveled from outside the state of Washington to Tacoma, Washington. On or about that same date, GEORGE LEE traveled with a co-conspirator known to the grand jury, from outside the state of Washington to Tacoma, Washington.

107. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record dated October 2, 2003 of the following text message that he sent from his cell phone: *"Getting ready to go out. I have to get George from the airport. You cool?"*

108. On or about October 2, 2003, one call was made from PHEAP NORNG's cell phone to MARTIN ARONSON's cell phone and another to PHUONG TRUONG's cell phone. On or about that same date, a call was made from MARTIN ARONSON's cell phone to "CN's" cell phone.

109. On or about October 2 and 3, 2003, THONGSOK SOVAN and PHEAP NORNG worked as table games dealers at the EQC.

110. On or about October 2, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC, winning at least approximately $19,500.

111. On or about October 2, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at the EQC cage.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

112. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record dated October 3, 2003 of the following text message that he sent from his cell phone: *"I have't had to work this hard in a long time. And only half way done! I just wanna sleep."*

113. On or about October 3, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at the EQC cage.

114. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record of "My Income" by date. For October 3, 2003, he wrote that he *"Receive[d] $2,000"* and that his *"Expected Hold"* was $1,000.

115. On or about October 4, 2003, two calls were made from THONGSOK SOVAN's cell phone to MARTIN ARONSON's cell phone. On or about that same date, calls were made from PHEAP NORNG's cell phone to PHUONG TRUONG's cell phone and MARTIN ARONSON's cell phone.

116. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record dated October 4, 2003 of the following text messages that he sent from his cell phone: (1) *"I had to drive George to the airport but I finally get to sleep now. So tired . . . Must close eyes . . . ."* and (2) *"The whole week should be work free."*

**Theft of Funds on October 13, 14 and 15, 2003**

117. Beginning on or about October 8, 2003 and ending on or about October 13, 2003, MARTIN L. ARONSON, a/k/a MARTIN SMITH stayed at the Extended Stay America hotel in Fife, Washington.

118. On or about October 12, 2003, one call was made from PHEAP NORNG's cell phone to PHUONG TRUONG's cell phone and another to MARTIN ARONSON's cell phone.

119. On or about October 13, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, and SON HONG JOHNSON traveled from outside the state of Washington to Tacoma, Washington.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

120. On or about October 13, 2003, THONGSOK SOVAN and PHEAP NORNG worked as table games dealers at the EQC.

121. On or about October 13, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC.

122. On or about October 13, 2003, SON HONG JOHNSON, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.

123. On October 14, 2003, one call was made from PHEAP NORNG's cell phone to MARTIN ARONSON's cell phone, and two calls were made from THONGSOK SOVAN's cell phone to PHUONG TRUONG's cell phone.

124. On or about October 14, 2003, THONGSOK SOVAN and PHEAP NORNG worked as table games dealers at the EQC.

125. On or about October 14, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, played mini-baccarat at the EQC, winning approximately $58,400.

126. On or about October 14, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.

127. On October 15, 2003, several calls were placed by and between MARTIN ARONSON's cell phone and THONGSOK SOVAN's cell and PHEAP NORNG's cell phone.

128. On or about October 15, 2003, THONGSOK SOVAN and PHEAP NORNG worked as table games dealers at the EQC.

129. On or about October 15, 2003, SON HONG JOHNSON played mini-baccarat at the EQC, winning approximately $12,800.

130. On or about October 15, 2003, SON HONG JOHNSON, cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**Theft of Funds on October 22, 23 and 24, 2003**

131. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record of text messages that he sent from his phone, including the following entries dated October 19, 2003: *"I said I was working. And that I am with John[;]"* and *"But if you can't accept the fact that I will not tell you everything about my work (bcz we are not married), then tell me."*

132. MARTIN L. ARONSON, a/k/a MARTIN SMITH prepared, a written record of text messages that he received on his phone, including the following entry dated October 20, 2003 from "Girlie": *"y r u so scared to talk to me when they r around? So what? They know u have a girlfriend, I guess they also know that it's ok 2 talk t ur gf once in a while."*

133. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared, a written record of text messages that he sent from his phone, including the following entry dated October 20, 2003: *"I am scared if I talk to you when they are around, they will figure out that you know."*

134. MARTIN L. ARONSON, a/k/a MARTIN SMITH, prepared a written record of text messages that he received on his phone, including the following entry dated October 20, 2003 from "Girlie": *"I know u value ur boss highly, but he is not God. He's just ur boss."*

135. MARTIN L. ARONSON, a/k/a MARTIN SMITH prepared a written record of text messages that he received on his phone, including the following entry dated October 20, 2003 from "Girlie": *"I am not telling u 2 change ur relationship with him, I was just telling u that u also have personal things to attend to, and that u don't have to focus everything on ur work."*

136. On or about October 21, 2003, two calls were made from THONGSOK SOVAN's cell phone to MARTIN ARONSON's cell phone.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

137. On or about October 22, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, MARTIN L. ARONSON, a/k/a MARTIN SMITH, SON HONG JOHNSON and HA GIANG, traveled from outside the state of Washington to Tacoma, Washington.

138. On or about October 22, 2003, one call each was made from THONGSOK SOVAN's cell phone and PHEAP NORNG's cell phone to MARTIN ARONSON's cell phone. One call was also made from MARTIN ARONSON's cell phone to THONGSOK SOVAN's cell phone.

139. On or about October 22, 23 and 24, 2003, THONGSOK SOVAN and PHEAP NORNG worked as table games dealers at the EQC.

140. On or about October 22, 2003, SON HONG JOHNSON played mini-baccarat at EQC, winning approximately $9,500.

141. On or about October 22, 2003, SON HONG JOHNSON cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.

142. On or about October 23, 2003, one call was made from MARTIN ARONSON's cell phone to PHEAP NORNG's cell phone and another call made from THONGSOK SOVAN's cell phone to MARTIN ARONSON's cell phone, and three calls were made from THONGSOK SOVAN's cell phone to PHUONG TRUONG's cell phone.

143. MARTIN L. ARONSON, a/k/a MARTIN SMITH prepared a written record of text messages that he sent from his phone, including the following entries dated October 23, 2003: (1) *"I had such a busy night last night. And so many things went wrong. Oh my goodness! Tell u all about my terrible day at work when we talk;"* and (2) *"And I was so busy I just couldn't call."*

144. On or about October 23 and 24, 2003, MARTIN L. ARONSON, a/k/a MARTIN SMITH, played mini-baccarat at the EQC and tracked the point count and order in which cards dealt from shoes were placed on the gaming tables.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

145. On or about October 24, 2003, PHEAP NORNG performed two false washes and shuffle of cards while working as a mini-baccarat dealer at the EQC.

146. On or about October 24, 2003, THONGSOK SOVAN performed two false washes and shuffle of cards while working as a mini-baccarat dealer at the EQC.

147. On or about October 24, 2003, HA GIANG played mini-baccarat at the EQC, winning at least approximately $12,000.

148. On or about October 24, 2003, SON HONG JOHNSON played mini-baccarat at the EQC, winning at least approximately $13,500.

149. On or about October 24, 2003, at an EQC cage, SON HONG JOHNSON cashed out gaming chips valued at more than $10,000 in exchange for more than $10,000 in currency at an EQC cage.

150. On three separate occasions on or about October 24, 2003, HA GIANG cashed out gaming chips valued at less than $10,000.00 at an EQC cage in exchange for less than $10,000.00 in currency.

151. On October 24, 2003, several calls were placed by and between THONGSOK SOVAN's cell and PHEAP NORNG's cell phone, respectively, and MARTIN ARONSON's cell phone.

152. On or about October 24, 2003, SON HONG JOHNSON and HA GIANG left the EQC parking lot in the same vehicle.

153. On October 25, 2003, several calls were placed by THONGSOK SOVAN's cell and PHEAP NORNG's cell phone, respectively, to MARTIN ARONSON's cell phone and PHUONG TRUONG's cell phone, respectively.

154. On or about October 25, 2003, SON HONG JOHNSON and HA GIANG left the EQC parking lot in the same vehicle.

155. On or about October 30, 2003, THONGSOK SOVAN made the following false statements, among others, to a Washington State Gambling Commission special agent:



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

(a) That she did not associate with EQC patrons outside the Casino; and

(b) That she had not talked with MARTIN L. ARONSON, a/k/a MARTIN SMITH, other than to greet him or to say goodbye when he played at her table.

156. On or about October 30, 2003, "CN" called PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, and told him that PHEAP NORNG and THONGSOK SOVAN had been arrested. PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, in turn, told "CN" not to talk with anybody about the mini-baccarat cheating scheme.

157. On or about October 31, 2003, MARTIN L. ARONSON, a/k/a MARTIN SMITH, traveled from outside the state of Washington to Tacoma, Washington.

158. On or about October 31, 2003, several calls were made from MARTIN ARONSON's cell phone to PHEAP NORNG's cell phone and to THONGSOK SOVAN's cell phone.

159. On or about October 31, 2003, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, spoke with "CN" by phone and asked her to retrieve records of the mini-baccarat cheating scheme that he believed remained in the Cushman house.

160. On or about October 31, 2003, MARTIN L. ARONSON, a/k/a MARTIN SMITH, called "CN" and asked her to meet him at the Cushman house. "CN" met MARTIN L. ARONSON, a/k/a MARTIN SMITH at the Cushman house, which MARTIN L. ARONSON, a/k/a MARTIN SMITH, entered in search of records of the mini-baccarat cheating scheme that he believed remained in the house.

161. On or about October 31, 2003, MARTIN L. ARONSON, a/k/a MARTIN SMITH, told "CN" to go to the offices of the Washington State Gambling Commission and find out what she could regarding the search of the Cushman house.

162. Defendants PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, HA GIANG, THONGSOK SOVAN and PHEAP NORNG did, and caused



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

to be done, the acts set forth in Counts 2 through 12 of this Indictment, which are incorporated by reference and alleged as separate overt acts as if set forth in full herein.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**
**(Theft of Funds from Gaming Establishment on Indian Lands)**

163. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

164. On or about August 18, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, THONGSOK SOVAN and PHEAP NORNG did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.

**COUNT 3**
**(Theft of Funds from Gaming Establishment on Indian Lands)**

165. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

166. On or about September 2, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, THONGSOK SOVAN and PHEAP NORNG did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.

**COUNT 4**
**(Theft of Funds from Gaming Establishment on Indian Lands)**

167. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

168. On or about September 4, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, THONGSOK SOVAN and PHEAP NORNG did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.

**COUNT 5**
**(Interstate Transportation of Stolen Property)**

169. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

170. On or about September 5, 2003, in the Western District of Washington and elsewhere, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, did unlawfully cause to be transported, transmitted and transferred in interstate commerce from Tacoma, Washington to San Diego, California, money stolen, converted and taken by fraud, of a value of $5,000 or more, knowing the same to have been stolen, converted and taken by fraud.

All in violation of Title 18, United States Code, Sections 2314 and 2.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**COUNT 6**

**(Theft of Funds from Gaming Establishment on Indian Lands)**

171. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

172. On or about September 16, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, THONGSOK SOVAN and PHEAP NORNG did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.

**COUNT 7**

**(Theft of Funds from Gaming Establishment on Indian Lands)**

173. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

174. On or about September 17, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, THONGSOK SOVAN and PHEAP NORNG did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**COUNT 8**
**(Theft of Funds from Gaming Establishment on Indian Lands)**

175. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

176. On or about September 24, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, THONGSOK SOVAN and PHEAP NORNG did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.

**COUNT 9**
**(Theft of Funds from Gaming Establishment on Indian Lands)**

177. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

178. On or about September 25, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, THONGSOK SOVAN and PHEAP NORNG did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**COUNT 10**
**(Theft of Funds from Gaming Establishment on Indian Lands)**

179. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

180. On or about October 2, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, MARTIN L. ARONSON, a/k/a MARTIN SMITH, SON HONG JOHNSON, GEORGE LEE, THONGSOK SOVAN and PHEAP NORNG did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.

**COUNT 11**
**(Theft of Funds from Gaming Establishment on Indian Lands)**

181. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

182. On or about October 14, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, MARTIN L. ARONSON, a/k/a MARTIN SMITH, THONGSOK SOVAN and PHEAP NORNG, did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**COUNT 12**
**(Theft of Funds from Gaming Establishment on Indian Lands)**

183. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

184. On or about October 24, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, HA GIANG, PHEAP NORNG and THONGSOK SOVAN, did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.

A TRUE BILL: 02/28/06

DATED:

Signature of Foreperson redacted pursuant to the policy of the Judicial Conference

______________________
FOREPERSON

______________________ for
JOHN McKAY
United States Attorney

______________________
CARL BLACKSTONE
Assistant United States Attorney

______________________
J. TATE LONDON
Assistant United States Attorney



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**COUNT 12**
**(Theft of Funds from Gaming Establishment on Indian Lands)**

183. Paragraphs 1 through 162 of this Indictment are hereby incorporated by reference.

184. On or about October 24, 2003, at Tacoma, within the Western District of Washington, PHUONG QUOC TRUONG, a/k/a JOHN TRUONG, VAN TRAN, MARTIN L. ARONSON, a/k/a MARTIN SMITH, GEORGE LEE, SON HONG JOHNSON, HA GIANG, PHEAP NORNG and THONGSOK SOVAN, did knowingly abstract, purloin, and take and carry away with intent to steal, moneys, funds, assets and other property of a value in excess of one thousand dollars ($1,000.00) belonging to the Emerald Queen Casino, a gaming establishment operated by and for the Puyallup Indian Tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

All in violation of Title 18, United States Code, Sections 1167(b) and 2.

A TRUE BILL: 02/08/06

DATED:

FOREPERSON

JOHN McKAY
United States Attorney

CARL BLACKSTONE
Assistant United States Attorney

J. TATE LONDON
Assistant United States Attorney

06-CR-05136-EXH



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By [signature] Deputy Clerk

____FILED ____ENTERED
____LODGED ____RECEIVED

FEB 28 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
Plaintiff,

v.

GEORGE LEE,
Defendant.

CASE NO. CR06 5136 RBL

ORDER ISSUING BENCH WARRANT

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release, if any, shall be fixed at or subsequent to the initial appearance in this case.

The United States Attorney's Office has indicated that it will request a Detention Hearing based on the defendant being a flight risk.

DATED this 28th day of February, 2006.

[signature: James P. Donohue]
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES XX NO __**

06-CR-05136-ORD



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970