KAREN P. HEWITT
United States Attorney
JOSEPH K. WHEATLEY
Special Assistant United States Attorney
Trial Attorney, U.S. Department of Justice
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6882 c/o Stephanie Delgadillo
Email Joe.Wheatley@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE LEE,<br><br>Defendant. | ) | Criminal Case No. 07-CR-03255-JLS<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**Gavin Corn, SAUSA,** Gavin.Corn@usdoj.gov

**Robert Tully, SAUSA**, Robert.Tully@usdoj.gov

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None

Please call me if you have any questions about this notice.

DATED: December 10, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Joseph K. Wheatley

JOSEPH K. WHEATLEY
Special Assistant United States Attorney
Trial Attorney, U.S. Department of Justice
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GEORGE LEE,<br>Defendant. | Criminal Case No. 07-CR-03255-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1. None**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1. Douglas Brown; 225 Broadway; Suite 2200; San Diego, CA 92101-5009**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2007.

s/ Joseph K. Wheatley
JOSEPH K. WHEATLEY