UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GEORGE LEE,<br>Defendant. | Criminal Case No. 07-CR-03255-JLS<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States v. George Michael Lee, Criminal Case No. 07-CR-1312-JAH.

DATED: December 10, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Joseph K. Wheatley

JOSEPH K. WHEATLEY
Special Assistant U.S. Attorney
Trial Attorney, U.S. Department of Justice